No. 291. McCAFFREY *v.* ROYALL, SECRETARY OF THE ARMY; and
No. 131, Misc. McCAFFREY *v.* ROYALL, SECRETARY OF THE ARMY. In No. 291, the petition for writ of certiorari to the United States Court of Appeals for the District of

Columbia Circuit is denied. In No. 131, Misc., the motion for leave to file petition for writ of habeas corpus is denied. *Dayton M. Harrington* and *James D. Graham, Jr.* for petitioner.